**Order entered August 18, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00931-CR**

**DELFINO GUADIANA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-34752-U**

**ORDER**

Before the Court is appellant's August 13, 2021 fifth motion for an extension of time to file his brief. In light of the extenuating circumstances, we **GRANT** the request and **ORDER** appellant's brief due by September 13, 2021. Appellant is cautioned that further extensions are not favored. *See* TEX. R. APP. P. 38.8(b).

/s/  ERIN A. NOWELL
     JUSTICE